UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. CR 06 38ML |
| | : | |
| v. | : | In violation of: 18 U.S.C. § 922(a)(6) |
| | : | |
| SCOTT ORCUTT | : | |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**

On or about August 27, 2003, in the District of Rhode Island, the defendant, SCOTT ORCUTT, in connection with his acquisition of a firearm, to wit: a Hi-Point model JC, .40 caliber pistol, serial number 125927, from D&L Shooting Supplies, a licensed dealer, FFL # 60502185, knowingly made a false and fictitious written statement to D&L Shooting Supplies, which statement was likely to deceive D&L Shooting Supplies, as to a fact material to the lawfulness of such acquisition of a firearm, in that the defendant ORCUTT represented that he was the true buyer of this firearm when in fact, the defendant ORCUTT was buying the firearm for another person, in violation of 18 U.S.C. §§ 922(a)(6).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Gerard B. Sullivan
GERARD B. SULLIVAN
ASSISTANT U.S. ATTORNEY
CRIMINAL CHIEF

Stephanie S. Browne
STEPHANIE S. BROWNE
ASSISTANT U.S. ATTORNEY

17 March 06
Date