O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
SCOTT ORCUTT

WAIVER OF INDICTMENT

CR 06 38 ML

CASE NUMBER:

I, SCOTT ORCUTT, the above named defendant, who is accused of 18 U.S.C. § 922(a)(6) - Making false statements in connection with the purchase of a firearm.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/17/06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Scott Orcutt
Defendant

[signature]
Counsel for Defendant

Before David L. Martin
Judicial Officer