| PROB.22 (Rev. 2/88)<br><br>**TRANSFER OF JURISDICTION** | | | DOCKET NUMBER (Tran. Court)<br>1:06CR00038-001<br><br>DOCKET NUMBER (Rec. Court)<br>2:07-CR-52-DBH |
|---|---|---|---|
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br><br>**Scott Orcutt**<br>**Maine** | DISTRICT<br><br>Rhode Island | | DIVISION<br><br>Providence |
| | NAME OF SENTENCING JUDGE<br><br>Honorable Mary M. Lisi<br>Chief U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br><br>August 25, 2006 | TO:<br><br>August 24, 2009 |
| OFFENSE<br><br>False Statements in Connection With the Purchase of a Firearm | | | |

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED
2007 MAY 25 P 12: 0
BY
DEPUTY CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF MAINE** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

May 14, 2007
*Date*

Mary M. Lisi
*Honorable Mary M. Lisi*
*Chief U.S. District Court Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MAINE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/29/07
*Date*

D. Brock Hornby
*United States District Judge*